AO (Rev. 5/85) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

08 JUL 24 PM 7:31

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

vs.

CHARLES FRIEDLANDER

**CRIMINAL COMPLAINT**

CASE NUMBER: 8:08-M-

8:08MJ1353TGW

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between on or about June 16, 2008, and continuing to on or about July 21, 2008, in Hillsborough County, in the Middle District of Florida, and elsewhere, the defendant did,

> use a computer, a facility and means of interstate commerce, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years, to engage in any sexual activity for which any person can be charged with a criminal offense,

in violation of Title 18, United States Code, Section 2422(b). I further state that I am a Special Agent with U.S. Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

Signature of Complainant
Alex G. Hagedorn, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

July 24, 2008      at      Tampa, Florida

THOMAS G. WILSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Alexander Hagedorn, being duly sworn, depose and state the following:

1. Your affiant is a Special Agent ("S/A") with the United States Immigration and Customs Enforcement ("ICE") and has been so for over five years. Your affiant is currently assigned to the ICE office in Tampa, Florida and has investigated matters involving the on-line exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2422(b), 2252 and 2252A, which criminalize using a computer to persuade or induce a child for sex and the possession, receipt, and distribution of child pornography. Your affiant has made arrests and conducted searches pertaining to these types of investigations. Your affiant has attended specialized courses involving computers and child exploitation and has received training for on-line undercover investigations involving child exploitation.

2. As a Special Agent, I am authorized to investigate violations of the laws of the United States and execute arrest and search warrants issued under the authority of the United States.

3. The statements contained in this affidavit are based in part on information provided by Special Agents of the DHS/ICE and information obtained from detectives and officers from state and local law enforcement agencies, information obtained from subpoenas, and my experience and background as a law enforcement officer. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause for the arrest of Charles Jackson FRIEDLANDER, W/M, with date of birth 05/28/1930, AKA "Captoes."

## AMERICA ONLINE

4. America Online is a commercial computer service, also known as a commercial bulletin board that offers electronic message bulletin boards to its subscribers, enabling them to post messages that can be read by other America Online subscribers. America Online also provides an electronic mail service, enabling its subscribers to communicate individually by computer. Each America Online subscriber has a unique screen name. This screen name is placed automatically into each electronic transmission, clearly identifying the sender and recipient(s) of the message and attached files. Each America Online subscriber has access to a computer that communicates with the central computer system operated by America Online in Loudoun County, Virginia. America Online has no servers located in the State of Florida, therefore all communications made from an America Online subscriber in Florida, or to an America Online subscriber in the State of Florida travel outside the State of Florida via the Internet. Text messages and graphic images (photographs) can be sent to subscribers, or any person with an Internet e-mail address. Instant messaging (IM) is real-time type-written conversation between two people who are online simultaneously. Chat rooms are electronic areas, distinct through the topic of interest, where people can chat, online, and exchange files such as graphic image files with each other.

## AFFIDAVIT OF PROBABLE CAUSE

5. Beginning on June 16, 2008, Detective Corporal Kurt T. Romanosky of the Pinellas County Sheriff's Office Crimes Against Children Unit has conducted an undercover Internet investigation of Charles Jackson FRIEDLANDER and

determined that the subject has a lascivious interest in the physical and sexual abuse of children and has attempted to gain access to a child for the purpose of acting out his lascivious interests. The following is a synopsis of that investigation.

6. On June 16, 2008, Detective Romanosky logged on to the Internet Service Provider America On-Line (AOL) using the undercover profile of a 36 year old father having an interest in incest and the physical abuse of children. Detective Romanosky's undercover profile was written in cryptic terms commonly used by subjects with these interests to express their interests but to keep others from understanding the exact nature of the topics addressed. Detective Romanosky's undercover profile claims to have access to three children as well as a female partner that shares the same interests. At approximately 1530 hours, Detective Romanosky entered the AOL User Created Chat Room titled "Strict Parents". This chat room is a place for subjects with the same interests as Detective Romanosky's undercover profile to meet and discuss their interests.

7. Detective Romanosky was contacted via Instant Message (I/M) by an AOL User who was using the screen name "Captoes". Detective Romanosky reviewed the AOL User Profile of "Captoes" and observed that the subject claimed to be in Southwest Florida and the Mid-Atlantic. The subject indicated an interest in licking shoes. The subject had been in the aforementioned AOL Chat Room at the same time as Detective Romanosky's undercover profile. The subject introduced himself as an older, divorced, strict, and old fashioned father. From approximately 1546 hours through 1635 hours, the subject and Detective Romanosky engaged in an I/M Chat Conversation which included discussion of administering physical punishment

3

upon each of their respective children. The subject claimed that he used to strike his son, now an adult, with a "razor strap". The subject claimed that he would hit his son as many as 45-75 times with the razor strap. The subject advised Detective Romanosky that he started hitting his son with a belt at age 8 then progressed to the razor strap by age 11. Detective Romanosky informed the subject that his undercover identity had a 14 year old stepdaughter and two sons who were 10 and 11 years old. The subject informed Detective Romanosky that he had access to his friend's grandchildren that stay with him on occasion. The subject claimed that some parents feel that he is too severe in his discipline.

        8. On June 17, 2008, from approximately 0957 hours through 1039 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". During this conversation the subject admitted to using a heavy "garrison belt" and "crop" to strike his son in the past. The subject and Detective Romanosky discussed using "humiliation" as a punishment as well. Detective Romanosky knows that "humiliation" is common type of child punishment discussed in sadomasochism chat rooms. The subject again claimed to have access to his friend's two grandsons. The subject claimed that he was demanding and strict and that his friend had given him permission for "everything". The subject claimed that the boys were 12 & 14 years of age and that he would be "tearing them up daily." When asked if he used any special locations or confinement techniques when administering discipline, the subject replied that he used his basement or separate rooms dedicated to discipline lessons and that he had the subjects "sometimes tied". During this chat conversation, the subject showed his sadistic and lascivious interest in physically abusing children by telling

4

Detective Romanosky that he had the children totally stripped when he administered discipline. Detective Romanosky asked the subject if he was dressed when he administers the "discipline," and the subject replied that he was "usually" dressed in a pair of boxers and a T-Shirt. The subject advised that on other occasions he would wear a shirt with a tie, trousers, and dress shoes. During the course of the conversation, the subject told Detective Romanosky that he had been approached by others about opening his own "home school" for administering discipline.

        9.     Later that day, on June 17, 2008, from approximately 1419 through 1615 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". During the course of this conversation the subject told Detective Romanosky that he would like to watch Detective Romanosky's undercover identity administer discipline. The subject and Detective Romanosky discussed the subject having "Real Time" friends with the same interests. The subject claimed that his son's friend's father has similar interests with his grandchildren. The subject and Detective Romanosky discussed that friends with their interests had to be very discreet. The subject advised Detective Romanosky that he was very discreet. The subject invited Detective Romanosky's undercover identity and family to visit him. When told that Detective Romanosky's undercover identity had friends that shared their interests who preferred to meet at his residence, the subject advised that he would like to meet Detective Romanosky's undercover identity and friends. Detective Romanosky advised the subject that he would have to be approved by the friends to visit. The subject was informed that most visitors brought their own children when everyone got together. Detective Romanosky asked the subject if he could bring his friend's grandchildren to

5

the meeting to see if he was just fantasizing about a "Real Time" meeting. The subject responded that he might be able to. The subject then advised that he could use the children of Detective Romanosky's undercover identity. The subject went on to tell Detective Romanosky that he was stricter than most others and that his "beatings" were very intense. When asked how he handled marks on his son, the subject replied that his son was home schooled and that he put oil and cream on the marks. Detective Romanosky asked the subject why he felt that he was stricter than others and he replied that he used to beat his son "daily, hard and long". The subject advised that he was a believer in "marking" kids and that he paid little attention to when his son would "yell and cry". The subject asked Detective Romanosky if he had ever used a "switch in their crack". The subject advised that he has administered this type of punishment and that it was very effective.

10. On June 18, 2008, from approximately 1426 through 1538 hours, Detective Romanosky engaged in an I/M Chat Conversation with AOL User "Captoes". During the course of this conversation, the subject and Detective Romanosky discussed his wanting to be accepted by the group of friends of Detective Romanosky's undercover identity. The subject further answered questions about his lascivious interest in administering beatings. The subject told Detective Romanosky that out of the three children of his undercover identity, the subject had the most interest in working with the two boys ages 10 & 11. The subject told Detective Romanosky that he would bring his razor strap, garrison belt, and English crop to their meeting.

11. On June 19, 2008, from approximately 1423 through 1514 hours, Detective Romanosky engaged in an I/M Chat Conversation with AOL User "Captoes".

During the course of this conversation, the subject advised that he had just finished oiling his razor strap and garrison belt to keep them "supple". This conversation mainly consisted of Detective Romanosky asking the subject questions about where he lived in the Ft. Myers area. That information combined with other identifying information obtained through law enforcement databases led Detective Romanosky to positively identify the subject as Charles Jackson FRIEDLANDER, W/M, with the date of birth 05-28-1930, of 12040 Mahogany Isle Lane, Ft. Myers, Florida. Detective Romanosky further learned that FRIEDLANDER claimed to lecture on the subject of divorce and custody problems in both North and South Carolina. Background investigation about FRIEDLANDER indicated that he is a licensed Mental Health Counselor in the State of Florida. Internet Research indicated that FRIEDLANDER is possibly professionally involved with adult and child mental health counseling.

12. Later that day, on June 19, 2008, from approximately 1615 through 1652 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". This conversation was mainly casual in nature. The subject reaffirmed his desire to meet with Detective Romanosky. No specific date for a meeting was set at that time.

13. On June 20, 2008, from approximately 1525 through 1603 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes" During the course of this I/M Chat Conversation, the subject again advised that he had access to two boys ages 12 & 14. The subject advised that the boys were his son's friend's children. The subject advised that he has struck these two children with his razor strap on past occasions.

7

14.     On June 24, 2008, from approximately 1331 through 1339 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". This conversation was brief and mainly casual in nature. The subject did however reaffirm his desire to meet with Detective Romanosky as well as friends of Detective Romanosky's undercover identity.

15.     On July 7, 2008, from approximately 1344 through 1517 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". During the conversation, the subject reaffirmed his desire to meet with Detective Romanosky and his friends. The subject expressed his desire to "work" with the two sons of Detective Romanosky's undercover identity. When asked how he wanted the boys dressed and positioned, the subject advised that he wanted the boys stripped, and bent over a chair or a couch. When asked if he wanted the boys bound, the subject replied that he wanted them bound as he uses "a fairly full swing". The subject reaffirmed that he would be bringing his razor strap to discipline the boys. The subject advised that he might also use a "backhand" if warranted. The subject confirmed the ages of the two sons of Detective Romanosky's undercover identity, asking if the boys were 11 and 12 years old. As in previous conversation, Detective Romanosky stated the boys were 10 and 11 years old. The subject also expressed interest in engaging in sexual activity with the boys. After some inquiries about the boys' past sexual experiences, the subject advised that he would do "all that they were capable of handling":

> Captoes [2:57 PM]: no problem. I would do all that they were capable of handling..

8

> from oral on
>
> StricDad7 [2:57 PM]: im sure u wont b disappointed
>
> StricDad7 [2:58 PM]: handling and oral they know well
>
> Captoes [2:59 PM]: have they progressed from there?
>
> StricDad7 [2:59 PM]: yes
>
> StricDad7 [2:59 PM]: a few times
>
> Captoes [3:00 PM]: good...we will get to know each other am sure...and even easier with you being there the first time

A tentative date for a meeting with the subject was set for Monday July 21, 2008.

    16.    On July 9, 2008, from approximately 1534 through 1619 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". During the course of this conversation, Detective Romanosky noticed that the font size and type was different in the subject's replies to his messages. The subject advised that he was using a laptop computer since his desktop computer had stopped working. The subject advised that he was looking forward to their meeting on July 21, 2008. The subject advised that he had oiled his two razor straps and garrison belt. The subject advised that the items would find their mark. The subject advised that they might cause "quite a few tears". The subject added that they might cause some "yells" as well. The subject asked about the dress code and further advised that he may shed some clothes during the encounter. The subject again expressed interest in engaging in sexual activity with two sons of Detective Romanosky's undercover identity. The subject advised that he had been thinking about it and that he was trying to decide what they could handle. The subject advised that he is a large person and that he

would have to "see their size". The subject reaffirmed that he would be bringing his razor strap to the meeting.

17. On July 14, 2008, from approximately 2107 through 2147 hours, Detective Romanosky engaged in an I/M Chat Conversation with the AOL User "Captoes". During the course of this conversation, the subject reaffirmed his attendance for the meeting on July 21, 2008. The subject reaffirmed that he was bringing items with him to use on the two sons of Detective Romanosky's undercover identity. The subject advised that he was bringing 2 razor straps, a smaller heavy belt with holes, and a heavy German belt. The subject advised that each boy would get 15 lashes on each cheek of the buttocks. The subject advised that he might use up to 20-25 lashes. When asked about his preference for age to begin sex acts, the subject advised that he starts sex play at 5-10 years of age that consists of playing with a switch and razor strap.

> StricDad7 [9:32 P.M.]: how about for sexual acts?
>
> Captoes [9:33 P.M.]: it really depends on the sizxe of the boys......always 5-10 to begin and often use a switch too
>
> Captoes [9:34 P.M.]: with the sexual
>
> StricDad7 [9:34 P.M.]: 5-10 to begin sexual?
>
> StricDad7 [9:35 P.M.]: or use the switch at 5-10?
>
> Captoes [9:35 P.M.]: no, start the sexual play and use a combo of strop and switch to go forward
>
> StricDad7 [9:36 P.M.]: very nice kinda of introduction to both.
>
> Captoes [9:37 P.M.]: yes...will strip both boys later on of course

10

The subject reaffirmed that he wanted the two sons of Detective Romanosky's undercover identity bound, stripped, and bent over a chair or couch for both the beating and "later too".

18. On July 15, 2008, Detective Romanosky spoke with Detective Neil Spector of the St. Lucie County Sheriff's Office. Detective Romanosky learned that Detective Spector had an active investigation involving the AOL User "Captoes". Detective Spector advised Detective Romanosky that the investigation involved the subject making statements about wanting to engage in sexual activity with a juvenile. Detective Spector has spoken with the AOL User "Captoes" in an AOL User Created Chat Room titled "Family Fun". Detectives Romanosky and Spector know that "Family Fun" is often used as a cryptic term used by subjects having an interest in incest. Detective Spector identified "Captoes" as being Charles Jackson FRIEDLANDER, W/M, with the date of birth 05-28-1930. The address that Detective Spector provided for FRIEDLANDER, as obtained from the service of a Subpoena Duces Tecum on the Internet Service Provider America On-Line for all subscriber information, is the same as the address that Detective Romanosky had obtained during his background investigation of FRIEDLANDER.

19. On July 16, 2008, at 2100 hours, Detective Romanosky conducted a controlled/recorded telephone call to the subject, Charles Jackson FRIEDLANDER, AKA "Captoes". During the course of this call, the suspect reaffirmed his desire to meet with Detective Romanosky for the purpose of administering a physical beating to the two sons of Detective Romanosky's undercover identity as well as for the purpose of engaging in sexual activity with the juveniles. Sexual activity discussed was oral sex

and "handling". FRIEDLANDER was provided with directions to the meeting location during the call.

20.   During the course of this investigation, Detective Romanosky logged in to America On-Line using his undercover profile. Detective Romanosky would observe that the AOL User "Captoes" was listed as being "On-Line". Before any I/M Chat Conversations took place, Detective Romanosky would look to see if "Captoes" was in an AOL Chat Room. On July 7, 2008, Detective Romanosky observed that the subject was in the AOL User Created Chat Room "m4mstartedearly" (male for male started early). On July 14, 2008, at 2105 hours, Detective Romanosky observed that the subject was in the AOL User Created Chat Room "Fathers Chatting". Detective Romanosky knows both of these rooms to be frequented by persons having a lascivious interest in young boys. Detective Romanosky also makes his undercover profile available in these AOL Chat Rooms so that subjects with those interests can initiate contact with him.

21.   On July 21, 2008, Charles Jackson FRIEDLANDER met Detective Romanosky, acting in an undercover capacity, at a prearranged location for the purposes of meeting the children of Detective Romanosky's undercover identity. During the meeting, FRIEDLANDER showed Detective Romanosky the implements that he intended to use to physically abuse the children, which included two leather razor straps, a heavy leather "garrison belt", and an English riding crop. Following the meeting, FRIEDLANDER was arrested by the Pinellas County Sheriff's Office for violations of Florida State Statute (FSS) 847.0135 (3)(b) Certain use of computer service prohibited and FSS 847.0135 (4)(b) Traveling to meet a minor.

22. Based on the foregoing facts, your affiant believes that there is probable cause to believe that Charles Jackson FRIEDLANDER is the user of the screen name "Captoes" and that he used a computer in interstate commerce to attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

This completes my affidavit

_____
ALEXANDER G. HAGEDORN, Special Agent
U.S. Immigration and Customs Enforcement

U.S. Magistrate Judge
Subscribed to and sworn to before me, this 24th day of July, 2008